IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MITCHELL SCHLIMER and MAGIC WAND CREATIONS, LLC, <br><br> Defendants. | 12 Civ. 483 (JFB) (WDW) <br><br> **NOTICE OF DISMISSAL** |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 08 2012 ★
LONG ISLAND OFFICE

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Entrepreneur Media, Inc. requests that the Court dismiss this action with prejudice.

Dated: June 6, 2012

Respectfully submitted,

/s/ Jennifer L. Barry
Jennifer L. Barry (*Pro Hac Vice*)
LATHAM & WATKINS LLP
600 West Broadway, Suite 1800
San Diego, CA 92101
jennifer.barry@lw.com
(619) 236-1234 / (619) 696-7419 Fax

The Clerk of the Court shall close the case.

Date: June 8, 2012
Central Islip, N.Y